IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT ENDRIKAT,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-187 |
| ) | |
| **PENNSYLVANIA BOARD OF** ) | |
| **PROBATION AND PAROLE,** *et al.*, ) | |
| ) | |
| Respondents. ) | |

### MEMORANDUM ORDER

On July 1, 2024, Petitioner Robert Endrikat ("Endrikat") commenced this civil action in which he seeks a writ of habeas corpus pursuant to 28 U.S.C. §2254. ECF Nos. 1, 10. Endrikat's operative pleading is his amended petition, filed on November 13, 2024. ECF No. 12. His sole claim alleges a due process violation based on his failure to appear before the Pennsylvania Parole Board. ECF No. 12.

Respondents filed a response to the petition on January 8, 2025, and Endrikat replied on February 10, 2025. *See* ECF Nos. 18, 22. The matter has been referred to Chief United States Magistrate Judge Richard A. Lanzillo for a report and recommendation ("R&R") in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Civil Rule 72.

On March 20, 2025, Judge Lanzillo issued an R&R recommending that the amended petition be denied and that a certificate of appealability also be denied. ECF No. [23]. Judge Lanzillo determined that Endrikat's due process claim lacked merit because he has no constitutionally protected liberty interest in appearing before the Pennsylvania Parole Board.

Objections to the Report and Recommendation were due to be filed no later than April 7, 2025. To date, no objections have been received.

1

After *de novo* review of the amended petition and documents in the case, along with the Chief Magistrate Judge's Report and Recommendation, the following order is entered:

AND NOW, this 28th day of May, 2025, IT IS ORDERED that the within petition for a writ of habeas corpus shall be, and hereby is, DENIED with prejudice.

IT IS FURTHER ORDERED that the Report and Recommendation of Chief Magistrate Judge Lanzillo, issued on March 20, 2025, ECF No. [23], is adopted as the opinion of this Court.

Because jurists of reason would not find it debatable that Endrikat failed to make a substantial showing of the denial of a federal constitutional right, IT IS FURTHER ORDERED that no certificate of appealability shall issue.

As there are no further matters pending before the Court relative to the instant case, the Clerk is directed to mark this civil action "CLOSED."

                                                  SUSAN PARADISE BAXTER
                                                  United States District Judge